FRANK JOSEPH FARRELL, Respondent, v. LOUIS JOSEPH GENESSE, Defendant, Impleaded with FRANCIS C. DALE, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the plaintiff has an adequate remedy at law. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.; Finch and Martin, JJ., dissent.

VITO G. CANTASANO and Another, Appellants, v. PAUL SANTANGELO and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

VITTORIO BENZI, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

GEORGE HARVEY, Respondent, v. GUARANTY TRUST COMPANY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order with notice of entry thereof upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

JOHN A. CORBEN and Others, as Trustees in Bankruptcy of A. & W. NESBITT, .LTD., Respondents, v. FRED RAMELSON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

J. W. BISHOP COMPANY, Appellant, v. ZIMA & STANIS, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

JOSEPH PALLADINO, INC., Respondent, v. LION BREWERY OF NEW YORK CITY and Others, Appellants.— Judgment modified as indicated in order, and as so modified affirmed, with costs to the respondent. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

JOSEPH MEISEL, Respondent, v. JACOB GINSBERG, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. Twenty-third finding of fact modified as indicated in order. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

NATIONAL SURETY COMPANY, Appellant, v. WILLIAM J. FALLON and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the affidavits submitted by defendants present no issues of fact warranting a trial. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

JULIUS SPITZER, Appellant, v. LINDLEY M. GARRISON, as Receiver of the BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.